■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR L. SHELLMAN, Appellant. [716 NYS2d 344] —Judgment unanimously affirmed (*see, People v Lococo,* 92 NY2d 825, 827). (Appeal from Judgment of Niagara County Court, Fricano, J.— Criminal Sale Controlled Substance, 5th Degree.) Present— Pine, J. P., Wisner, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL R. ROLLE, Appellant. [716 NYS2d 344] —Judgment unanimously affirmed (*see, People v Lococo,* 92 NY2d 825, 827). (Appeal from Judgment of Niagara County Court, Fricano, J.— Criminal Sale Controlled Substance, 5th Degree.) Present— Pine, J. P., Wisner, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXIS L. TUFINO, Appellant. [716 NYS2d 344] —Judgment unanimously affirmed. Memorandum: By failing to move to withdraw his plea or vacate the judgment of conviction, defendant has failed to preserve for our review his contention that the plea was not knowing, voluntary or intelligent (*see, People v Lopez,* 71 NY2d 662, 665). In any event, that contention is without merit. (Appeal from Judgment of Chautauqua County Court, Ward, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Wisner, Balio and Lawton, JJ.